IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                       Case Nos.:   3:14cr86/RV/EMT
                                                            3:16cv101/RV/EMT

JUSTIN TAVARSE BARGE
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 6, 2016 (ECF No. 38). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant Barge's unopposed motion to correct sentence under 28 U.S.C. § 2255 (ECF No. 35) is **GRANTED** and this case is set for resentencing on Monday, May 23, 2016. See separate notice.

**DONE AND ORDERED** this 14th day of April, 2016.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:14cr86/RV/EMT; 3:16cv101/RV/EMT